IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: March 20, 2009 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Douglas Randolph | |
| Interpreter | Rose Yan | |

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                      Wayne Campbell

      Plaintiff,

v.

5.  FUYIN DENG,                                                   Philip Cherner

      Defendant.

---

**SENTENCING MINUTES**
---

**1:50 p.m.       Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on October 20, 2008.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The government **does** request departure (**Doc. #208**).  Argument by Mr. Campbell.  Defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #209**) Argument by Mr. Cherner.  The Government has no objection.

Allocution. - Statements made by:  The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Further argument by Mr. Cherner.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure (**Doc. #208**) is **GRANTED.**

**ORDER:** Defendant's Motion for Variant Sentence (**Doc. #209**) is **GRANTED** in part and **DENIED** in part.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days of the date of designation.

**ORDER:** Bond will be exonerated upon self-surrender to the facility designated by the Bureau of Prisons.

**2:48 p.m.** **Court in recess.**

Total Time: 48 minutes.
Hearing concluded.